UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Shannon Zahrn, Catherine Zahrn, Alexius Augustine, Andrew Simpson<br><br>vs.<br><br>Rick Perry, Greg Abbott, Dana DeBeauvoir | §<br>§   CIVIL NO:<br>§   AU:13-CV-00955-SS<br>§<br>§<br>§ |

## ORDER SETTING ALL PENDING MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, January 09, 2014 at 02:00 PM**.

IT IS SO ORDERED this 11th day of December, 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE