**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CATHERINE ZAHRN, et al., | § | |
| *Plaintiff*s, | § | |
| | § | |
| v. | § | Case No. 1:13-CV-955-SS |
| | § | |
| GREG ABBOTT, et al., | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

September 4, 2015

_____/s/ Jason P. Steed_____
Jason P. Steed
Texas Bar No. 24070671
BELL NUNNALLY & MARTIN, L.L.P.
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1411
(214) 740-5711 FAX
jsteed@bellnunnally.com

James J. Scheske
Texas Bar No. 17745443
JAMES J. SCHESKE, P.L.L.C.
5501-A Balcones #109
Austin, Texas 78731
(512) 371-1790
(512) 3232-2260 FAX
jscheske@austin.rr.com

S. Leigh Jorgeson
Texas Bar No. 24070026
JORGESON PITTMAN L.L.P.
4505 Spicewood Springs Rd., Suite 335
Austin, Texas 78759
(512) 320-0999
(512) 320-0025 FAX
leigh@jptexaslaw.com

***Attorney for Plaintiffs***

_____/s/ Sherine E. Thomas_____
Sherine E. Thomas
Texas Bar No. 00794734
Assistant County Attorney
Travis County
P. O. Box 1748
Austin, Texas 78767
(512) 854-9415
(512) 854-4808 FAX
Sherine.Thomas@co.travis.tx.us

***Attorney for County Defendant,
Dana DeBeauvoir***

_____/s/ William T. Deane_____
William T. Deane
Texas Bar No. 05692500
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P. O. Box 12548 – Capitol Station
Austin, Texas 78711-2548
(512) 936-1534
(512) 320-0667 FAX
Bill.Deane@texasattorneygeneral.gov

***Attorney for State Defendants,
Greg Abbott and Ken Paxton***